

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00706-CR

Leo **WELDER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 7, Travis County, Texas
Trial Court No. C-1-CR-10-216013
The Honorable Elisabeth A. Earle, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED August 30, 2013.

_____
Rebeca C. Martinez, Justice